**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Kerry Allan LAVERDE, Andre Michael**
**Nestor, Petitioners**

**Commonwealth of Pennsylvania,**
**Respondent**

v.

**Kerry Allan Laverde, Andre Michael**
**Nestor, Petitioners**

**No. 402 WAL 2016**
**No. 403 WAL 2016**

Supreme Court of Pennsylvania.

March 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**IN RE: ADOPTION OF J.R.K.**

**Petition of: J.K., Father**

**No. 5 WAL 2017**

Supreme Court of Pennsylvania.

March 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Anthony MATTHEWS, Petitioner**

**No. 441 EAL 2016**

Supreme Court of Pennsylvania.

March 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.